# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| DESIGNLINE CORPORATION,[1] : | |
| : | Case No. 13-12090 (MFW) |
| Debtors. : | |
| : | Joint Administration Requested |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Cyrus Opportunities Master Fund II Ltd., Cyrus Select Opportunities Master Fund, Ltd., Crescent I, LP (collectively, the "**Cyrus Entities**"), by and through their undersigned counsel, hereby request that all notices given or required to be given in the above-captioned proceedings, and all papers served or required to be served in these cases, be given to and served upon the following parties:

| | |
|---|---|
| PEPPER HAMILTON LLP<br>David B. Stratton (DE No. 960)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19801-1709<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br>E-Mail: strattod@pepperlaw.com | PEPPER HAMILTON LLP<br>Kay Standridge Kress, Esq.<br>Suite 1800<br>4000 Town Center<br>Southfield, MI 48075-1505<br>Telephone:  (248) 359-7300<br>Facsimile:  (248) 359-7700<br>Email: kressk@pepperlaw.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number are DesignLine Corporation (3294) and DesignLine USA (3957).  The above-captioned Debtors' mailing address is 2309 Nevada Boulevard, Charlotte, NC 28273.

- 2 -

includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that: (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to: (a) the above-captioned debtors (the "Debtors"); (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Cyrus Entities: (1) to have final orders in non-core matters entered only after *de novo* review by a district court judge; (2) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (3) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which the Cyrus Entities are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

[remainder of page intentionally left blank]

Dated: August 19, 2013  
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

By: /s/ David B. Stratton  
David B. Stratton (DE No. 960)  
Hercules Plaza, Suite 5100  
1313 Market Street  
P.O. Box 1709  
Wilmington, DE 19899-1709  
Telephone: (302) 777-6500  
Facsimile: (302) 421-8390

PEPPER HAMILTON LLP  
Kay Standridge Kress, Esq.  
Suite 1800  
4000 Town Center  
Southfield, MI 48075-1505  
Telephone: (248) 359-7365  
Facsimile: (313) 557-0656

*Counsel for Cyrus Opportunities Master Fund II Ltd., Cyrus Select Opportunities Master Fund, Ltd., Crescent I, LP*

#20482234 v1